IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KIRK TROFHOLZ,

        Plaintiff,

vs.

CAPSTONE TECHNOLOGIES, LLC,

        Defendant.

8:24CV371

ORDER

**IT IS ORDERED** that the plaintiff's motion to withdraw as counsel of record (Filing No. 25) is granted and Kristin Nalbach is deemed withdrawn as counsel of record for Plaintiff in this case. The Clerk of Court shall terminate electronic notice to Kristin Nalbach in this case.

Dated this 1st day of May, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge