IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIRK TROFHOLZ,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CAPSTONE TECHNOLOGIES, LLC,<br><br>　　　　　　　Defendant. | 8:24CV371<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL** |

　　This case is before the Court on the parties' Joint Stipulation for Dismissal signed by counsel for both parties. Filing 49. The parties stipulate to dismissal of this case with prejudice with each party to bear its own costs. Filing 49 at 1. Accordingly,

　　IT IS ORDERED that the parties' Joint Stipulation for Dismissal, Filing 49, is accepted, and this case is dismissed with prejudice, with each party to bear its own costs.

　　Dated this 6th day of January, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1